UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Blanton Banks, II,

    Plaintiff

v.

TransUnion LLC, et al.,

    Defendants

Case No. 2:21-cv-01580-CDS-DJA

**Order Directing Parties to Participate in Settlement Conference**

On December 14, 2022, I granted in part and denied in part two of the defendants' motions to dismiss. ECF No. 101. In that order, I instructed those two defendants—TransUnion LLC and I.C. System, Inc. (ICS)—that they "may waive service of summons and of the amended complaint and exhibits by executing—or having counsel execute—a Waiver of Service of Summons." *Id.* at 9. I gave the defendants fourteen days from the issuance of that order to do so. *Id.* at 9, 12–13. ICS timely waived service on December 28, 2022. ECF No. 103. But to date, TransUnion has not. As discussed in my previous order, because TransUnion has not waived service, **plaintiff Blanton Banks II must effectuate service upon TransUnion within 60 days of that order, which is Monday, February 13, 2023.** *See* ECF No. 101 at 9–13.

In the meantime, IT IS ORDERED that this case is **REFERRED to the magistrate judge for a mandatory settlement conference** between Banks and ICS only.

DATED: December 30, 2022

_____
Cristina D. Silva
United States District Judge