Blanton Banks II
3965 15th Street
Ecorse, Michigan, 48229
(510) 951-9505
bbanks24@protonmail.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Blanton Banks, II, | Case # 2:21-cv-01580-CDS-DJA |
| Plaintiff, | Hon. Cristina D. Silva |
| v. | |
| | **ORDER GRANTING PLAINTIFF'S MOTION FOR A CONTINUANCE OF THE STATUS CHECK HEARING ON ARBITRATION [ECF No. 113]** |
| TRANS UNION LLC, et al., | |
| Defendants, | |

Pursuant to In Propia Persona Plaintiff Blanton Banks, II,'s Motion for a Continuance of the Status Check Hearing on Arbitration, and for good cause,

**IT IS HEREBY ORDERED** that the status check currently set on January 26, 2023, at 10:30 a.m. is **rescheduled to February 28, 2023, at 11:30 a.m.** (Pacific Time) in the above-captioned civil action.

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE
Dated: January 20, 2023