# Exhibit B

Account: ▓▓▓▓ 24-1-39
Status: L- Legal department closed
Cease All Attorney
Debt Category: Consumer

**Banks, Blanton**
▓▓▓▓ Quilt Tree St
Las Vegas, NV ▓▓▓▓
Address Status: Verified

Service Summary
Premier Collect
3rd Party
Close



**Client Summary**
Client: 1027357 - PMS - WINTER GARDEN
Agreement #: 78113685
Special Handling: None
Notes: DBTRS PAY IC ONLY* Personal Mini Storage

( ) Credit Report
(X) Litigation
(X) Attorney Referral
(X) Settlement Allowed
( ) Interest
(X) Dispute
(X) Bankruptcy

## Latest Activity

| Activity Name | Activity Date | Activity Description |
|---|---|---|
| Last Attempt | 4/5/2017 11:33:29 AM | Debtor Mobile (407)▓▓▓-8175 Invalid/Bad Phn# (Disc, Wrg, etc.) |
| Most Recent Series Letter Sent | 4/11/2017 11:59:59 PM | Series #4 Letter- Intensive Phase 540 4th letter in the intensive co Sent |
| First Credit Reported | 4/30/2017 4:56:51 AM | Reason: Placement |
| Most Recent Manual Letter Sent | 12/6/2018 11:59:59 PM | Debt dispute validation *Always have attachment. 016 Dispute validation Sent |
| Last Credit Reported | 8/29/2021 8:20:46 AM | Reason: Deleted |

## Account Balance

| Type | Account Original Balance | Account Current Balance | Account Non Payment Adjustments | Account Payments |
|---|---|---|---|---|
| Principal | $603.43 | $603.43 | $0.00 | $0.00 |

## Debt Detail

| Debt Number | On File | CDN | Status | Entry Date | Original Charge Date | Agency Days |
|---|---|---|---|---|---|---|
| 71078203 | N | | L | 02/22/2017 | 01/30/2016 | 1796 |

## Bankruptcy Information

Chapter:
Status:
Filed Date:
Docket #:
State Filed:
County:
City Filed:
Status Date:
Proof of Claim Date:
Bar Date:
Meeting Date:
Meeting Location:
Petitioner Name:

Court
Court District:
Address 1:
Address 2:
City:
State:
Phone:
Zip:

Trustee
Name:
Address 1:
City:
State:
Zip:
Phone:

ICS 001

## All Phones

| Relationship To Debtor | Phone Type | Phone Status | Number | TZ | 1st Party | 3rd Party | Overall Total | Source | Method |
|---|---|---|---|---|---|---|---|---|---|
| Debtor: Banks, Blanton Leon | Unidentified Phone | Inbound | | | 0/0/0 | 0/0/0 | 0/0/0 | IC System | Batch |
| Debtor: Banks, Blanton Leon | Mobile | Cease | (407)███-8175 | EST | 0/0/0 | 18/0/0 | 18/0/0 | Client | Web |

## Notes

| Date | Note | Source | Method | User |
|---|---|---|---|---|
| 6/25/2018 11:23:00 AM | acdv ntmn 71078203 / id exp cc | IC System | User | Patricia Born |
| 11/12/2018 11:19:04 AM | dr disp cbr | IC System | User | Katrina McFarlen |
| 12/5/2018 10:24:29 AM | cm multi docs NA per 11/12/18 doc | IC System | User | Kevin Pabst |
| 12/14/2018 10:16:40 AM | dr same | IC System | User | Yer Khang |
| 12/21/2020 11:54:37 AM | dr contl disp | IC System | User | Katie Willow |
| 2/9/2021 6:43:24 AM | dr same | IC System | User | Kalia Yang |
| 8/27/2021 11:14:38 AM | ***RCVD LAWSUIT RFR ALL/ANY INFO 2 LEGAL*** | IC System | User | Lisa Erickson |
| 8/27/2021 11:23:32 AM | rfr 4 aud = delete | IC System | User | Lisa Erickson |
| 8/27/2021 1:28:40 PM | AUD Control Number: 105328793 snt aud verfy del cc kw | IC System | User | Lisa Erickson |
| 1/13/2022 7:02:26 AM | see 2022 legal dept closed file | IC System | User | Christine Leick |
| 1/24/2022 11:59:11 AM | dr/plaintiff motion/refer2legal | IC System | User | Barb Miller |
| 1/24/2022 12:26:40 PM | ***RCVD LAWSUIT RFR ALL/ANY INFO 2 LEGAL*** | IC System | User | Lisa Erickson |

## History

Account History (Click Here to Display)

## Balance

| Debt ID | Incurreddate | Transaction Date | Transaction Type | Amount | Principal Balance | Source | Method | User Name |
|---|---|---|---|---|---|---|---|---|
| 71078203 | 01/30/2016 | 2/22/2017 | Initial Placement | $603.43 | $603.43 | Client | Web | |
| 71078203 | | 1/24/2022 | Current Balance | $603.43 | $603.43 | Client | Web | |

## Payment

## Payment Arrangement

## Letter

| Requested | Letter #-Name | Party | Status | Printed | Source | Method | User | Validation On Letter | Delivery Method |
|---|---|---|---|---|---|---|---|---|---|
| 12/05/2018 | 016-Dispute validation | 3rd Party | S | 12/06/2018 | IC System | Batch | Kevin Pabst | | Mail |

Score

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2017 | 510-Initial notice - first in the | 3rd Party | | S | 02/27/2017 | IC System | Batch | | X | | Mail |
| 04/10/2017 | 540-4th letter in the intensive co | 3rd Party | | S | 04/11/2017 | IC System | Batch | | | | Mail |

## Combine Message

| Requested | Combine Message | Note | Status | Source | Method |
|---|---|---|---|---|---|
| 11/12/2018 | Our records indicate that this account has been reported to the national credit reporting agencies. We have received a dispute from the consumer that requires additional information from you. Please fax your response to the dispute and an itemized statement to IC at (651) 204-1223 within 30 day(s) to avoid this item being deleted from the credit bureau files. | | S | IC System | User |

## Phase History

| Party | Phase | Phase Status | Phase Start Date | Phase End Date | Service | Service Status | Service Start Date | Service End Date | Next Action Date | Process Plan |
|---|---|---|---|---|---|---|---|---|---|---|

## Letter Fees

| Date | Transaction Id | Fee Type | Fee Amount | Status | Note | Reason | Source | Method |
|---|---|---|---|---|---|---|---|---|

## Waived Letter Fees

| Date | Fee Type | Fee Amount | Waive User | Override User Name |
|---|---|---|---|---|

## Link/Unlink

| Date/Time | Account # | Debt Id | End Date |
|---|---|---|---|
| 2/22/2017 5:00:08 PM | 24-1-39 | 71078203 | |

## Debtor

**Debtor: Blanton Leon Banks**
SSN: *****5169
Birth Date: 03/24/1990
Business License Number:
Business Type:

Date of Death:
County:
Death Certificate #:
( ) Copy of Death Certificate

## Debtor Addresses

| Current | Primary | Status | Reason | Type | Address | Source | Method | Update Date | Update User |
|---|---|---|---|---|---|---|---|---|---|
| X | | Unknown | | Last Client Address | Wintermere Pointe Drive ▆ West Warm Springs Road Apt▆ Las Vegas, NV ▆ | Client | Web | 2/22/2017 5:00:08 PM | batchuser |
| X | | Bad | Consumer bad address | Home | ▆ W Warm Springs Rd Apt ▆▆ Wintermere Pointe Dr Las Vegas, NV ▆ | Donnelly | File | 12/5/2018 10:24:29 AM | Kevin Pabst |
| | X | Unknown | Donnelly Updated | Home | ▆ W Warm Springs Rd Apt ▆▆ Wintermere Pointe Dr Las Vegas, NV ▆ | Donnelly | File | 5/24/2017 5:47:44 PM | batchuser |
| | X | Unknown | Donnelly Updated | Home | ▆ W Warm Springs Rd Apt ▆▆ Wintermere Pointe Dr Las Vegas, NV ▆ | Donnelly | File | 2/23/2017 5:07:03 PM | batchuser |
| | X | Unknown | Melissa Updated | Home | ▆ W Warm Springs Rd Apt ▆▆ Wintermere Pointe Dr Las Vegas, NV ▆ | Client | Web | 2/22/2017 5:00:08 PM | batchuser |
| X | | Unknown | Melissa Updated | Unknown | ▆ Dudley St Apt▆ Dearborn, MI ▆ | Innovis | File | 4/7/2017 4:48:26 AM | batchuser |
| X | X | Verified | | Home | ▆ Quilt Tree St Las Vegas, NV ▆ | Consumer | User | 12/5/2018 10:24:29 AM | Kevin Pabst |

## Debtor E-Mail

| Primary | Status | Reason | Type | Email Address | Source | Method |
|---|---|---|---|---|---|---|
| X | Verified | | Unknown | blantonb22@▆▆ | Client | Web |

## Contacts

### Contact Name

| Relationship To Debtor | Name | SSN | Birth Date | Business License Number | Business Type Name |
|---|---|---|---|---|---|
| Consumer Attorney | PROSE | | | | |

ICS 005

**Contacts Addresses**

**Contacts E-Mail**

## Account History

| Date/Time | Event | Action | Description | User | Assigned Collector | Account ID | Debt Number |
|---|---|---|---|---|---|---|---|
| 1/24/2022 12:26:44 PM | | Viewed | | Lisa Erickson | IC House Collector | 117052824-1 | |
| 1/24/2022 12:26:40 PM | Consumer Questions Account | Written Correspondence from Consumer | Debt Numbers: 71078203 | Lisa Erickson | IC House Collector | 117052824-1 | 71078203 |
| 1/24/2022 12:26:40 PM | | Account Note | ***RCVD LAWSUIT RFR ALL/ANY INFO 2 LEGAL*** | Lisa Erickson | IC House Collector | 117052824-1 | |
| 1/24/2022 11:59:13 AM | | Viewed | | Barb Miller | IC House Collector | 117052824-1 | |
| 1/24/2022 11:59:11 AM | Consumer Questions Account | Written Correspondence from Consumer | Debt Numbers: 71078203 | Barb Miller | IC House Collector | 117052824-1 | 71078203 |
| 1/24/2022 11:59:11 AM | | Account Note | dr/plaintiff motion/refer2legal | Barb Miller | IC House Collector | 117052824-1 | |
| 1/21/2022 8:30:10 AM | | Viewed | | Rebecca Williams | IC House Collector | 117052824-1 | |
| 1/13/2022 7:02:29 AM | | Viewed | | Christine Leick | IC House Collector | 117052824-1 | |
| 1/13/2022 7:02:27 AM | | Updated | Last event changed from Legal Department Hold to Legal department closed | | IC House Collector | 117052824-1 | |
| 1/13/2022 7:02:26 AM | Legal department closed | Update Account | Debt Numbers: 71078203 | Christine Leick | IC House Collector | 117052824-1 | 71078203 |
| 1/13/2022 7:02:26 AM | | Account Note | see 2022 legal dept closed file | Christine Leick | IC House Collector | 117052824-1 | |
| 9/30/2021 9:31:00 AM | | Viewed | | Nicole Mueller | IC House Collector | 117052824-1 | |
| 9/1/2021 9:02:18 AM | | Viewed | | Christine Leick | IC House Collector | 117052824-1 | |
| 9/1/2021 8:47:25 AM | | Viewed | | Christine Leick | IC House Collector | 117052824-1 | |
| 8/27/2021 1:28:42 PM | | Viewed | | Lisa Erickson | IC House Collector | 117052824-1 | |
| 8/27/2021 1:28:40 PM | | Account Note | AUD Control Number: 105328793 snt aud verfy del cc kw | Lisa Erickson | IC House Collector | 117052824-1 | |
| 8/27/2021 12:48:26 PM | | Viewed | | Katie Willow | IC House Collector | 117052824-1 | |
| 8/27/2021 11:44:54 AM | | Viewed | | Katie Willow | IC House Collector | 117052824-1 | |
| 8/27/2021 11:43:53 AM | | Viewed | | Lisa Erickson | IC House Collector | 117052824-1 | |
| 8/27/2021 11:32:36 AM | | Updated | Consumer Blanton Banks Mobile Phone [Invalid] (407)█-8175 status changed from Invalid to Cease reason changed from nothing to On Do Not Call List | Tammy Hallin | IC House Collector | 117052824-1 | |
| 8/27/2021 11:30:08 AM | | Viewed | | Lisa Erickson | IC House Collector | 117052824-1 | |
| 8/27/2021 11:30:06 AM | | Updated | Working team changed from Corporate Debtor Attorney to Corporate Consumer Affairs | | IC House Collector | 117052824-1 | |
| 8/27/2021 11:30:06 AM | | Updated | Status changed from Retained to Sue (Legal) Last event changed from Cease All Communication to Legal Department Hold | | IC House Collector | 117052824-1 | |
| 8/27/2021 11:30:06 AM | Legal Department Hold | Written Correspondence from Consumer Attorney | Debt Numbers: 71078203 | Lisa Erickson | IC House Collector | 117052824-1 | 71078203 |
| 8/27/2021 11:29:55 AM | | Viewed | | Lisa Erickson | IC House Collector | 117052824-1 | |

ICS 007

| Date/Time | Event | Action | Description | User | Team | Account # | Debt # |
|---|---|---|---|---|---|---|---|
| 8/27/2021 11:29:53 AM | | Updated | Last event changed from Stop Credit Report--Recall Now to Cease All Communication | | IC House Collector | 117052824-1 | |
| 8/27/2021 11:29:53 AM | | Updated | Consumer cease type changed from Not Ceased to Cease All | | IC House Collector | 117052824-1 | |
| 8/27/2021 11:29:53 AM | Cease All Communication | Written Correspondence from Consumer Attorney | Debt Numbers: 71078203 | Lisa Erickson | IC House Collector | 117052824-1 | 71078203 |
| 8/27/2021 11:23:34 AM | | Viewed | | Lisa Erickson | IC House Collector | 117052824-1 | |
| 8/27/2021 11:23:32 AM | | Updated | Last event changed from Consumer Attorney Acknowledged to Stop Credit Report--Recall Now | | IC House Collector | 117052824-1 | |
| 8/27/2021 11:23:32 AM | Stop Credit Report--Recall Now | Update Account | Debt Numbers: 71078203 | Lisa Erickson | IC House Collector | 117052824-1 | 71078203 |
| 8/27/2021 11:23:32 AM | | Account Note | rfr 4 aud = delete | Lisa Erickson | IC House Collector | 117052824-1 | |
| 8/27/2021 11:20:36 AM | | Viewed | | Lisa Erickson | IC House Collector | 117052824-1 | |
| 8/27/2021 11:14:41 AM | | Viewed | | Lisa Erickson | IC House Collector | 117052824-1 | |
| 8/27/2021 11:14:39 AM | | Updated | Working team changed from Retail Consumer House to Corporate Debtor Attorney | | IC House Collector | 117052824-1 | |
| 8/27/2021 11:14:39 AM | | Updated | Working team changed from Retail Consumer House to Corporate Debtor Attorney | | IC House Collector | 117052824-1 | |
| 8/27/2021 11:14:39 AM | | Updated | Last event changed from Retained Collections to Consumer Attorney Acknowledged | | IC House Collector | 117052824-1 | |
| 8/27/2021 11:14:38 AM | | Account Note | ***RCVD LAWSUIT RFR ALL/ANY INFO 2 LEGAL*** | Lisa Erickson | IC House Collector | 117052824-1 | |
| 8/27/2021 11:14:38 AM | Consumer Attorney Acknowledged | Written Correspondence from Consumer Attorney | Debt Numbers: 71078203 | Lisa Erickson | IC House Collector | 117052824-1 | 71078203 |
| 8/27/2021 11:14:38 AM | | Updated | Consumer consumer has attorney flag changed from No to Yes | | IC House Collector | 117052824-1 | |
| 8/27/2021 11:14:38 AM | | Added | Contact PROSE | Lisa Erickson | IC House Collector | 117052824-1 | |
| 2/9/2021 6:43:25 AM | | Viewed | | Kalia Yang | IC House Collector | 117052824-1 | |
| 2/9/2021 6:43:24 AM | Consumer Questions Account | Written Correspondence from Consumer | Debt Numbers: 71078203 | Kalia Yang | IC House Collector | 117052824-1 | 71078203 |
| 2/9/2021 6:43:24 AM | | Account Note | dr same | Kalia Yang | IC House Collector | 117052824-1 | |
| 12/21/2020 11:54:41 AM | | Viewed | | Katie Willow | IC House Collector | 117052824-1 | |
| 12/21/2020 11:54:37 AM | Retained Collections | Written Correspondence from Consumer | Debt Numbers: 71078203 | Katie Willow | IC House Collector | 117052824-1 | 71078203 |
| 12/21/2020 11:54:37 AM | | Updated | Collector assigned effective date changed from May 26 2018 4:59AM to nothing Status changed from Active to Retained Last event changed from Verify / CBR Investigation complete to Retained Collections | | IC House Collector | 117052824-1 | |

| Date/Time | | Type | Details | User | Group | Account # | Debt # |
|---|---|---|---|---|---|---|---|
| 12/21/2020 11:54:37 AM | | Account Note | dr conti disp | Katie Willow | IC House Collector | 117052824-1 | |
| 10/6/2020 6:40:10 AM | Verify / CBR Investigation complete | ACDV | ACDV - EXP - 112- Inaccurate information / Verify response: 24 cc Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 7/23/2020 6:43:35 AM | Verify / CBR Investigation complete | ACDV | ACDV - TUN - 112- Inaccurate information / Verify response: 24 cc Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 7/21/2020 6:40:12 AM | Verify / CBR Investigation complete | ACDV | ACDV - EXP - 112- Inaccurate information / Verify response: 24 cc Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 7/21/2020 6:40:12 AM | | Updated | Last event changed from No Phones to Verify / CBR Investigation complete | | IC House Collector | 117052824-1 | |
| 12/14/2018 10:16:41 AM | | Viewed | | Yer Khang | IC House Collector | 117052824-1 | |
| 12/14/2018 10:16:41 AM | Consumer Questions Account | Written Correspondence from Consumer | Debt Numbers: 71078203 | Yer Khang | IC House Collector | 117052824-1 | 71078203 |
| 12/14/2018 10:16:40 AM | | Account Note | dr same | Yer Khang | IC House Collector | 117052824-1 | |
| 12/6/2018 12:53:08 AM | | Updated | LetterStatusCode changed from P to S ToAddressId changed from nothing to 237464944 MethodId changed from 3 to 13 | batchuser | IC House Collector | 117052824-1 | |
| 12/5/2018 10:24:31 AM | | Viewed | | Kevin Pabst | IC House Collector | 117052824-1 | |
| 12/5/2018 10:24:29 AM | | Updated | Last event changed from Dispute Substantiated to No Phones | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 12/5/2018 10:24:29 AM | | Updated | Last event changed from Dispute Substantiated to No Phones | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 12/5/2018 10:24:29 AM | | Updated | Status changed from Retained to Active Last event changed from Review CBR to Dispute Substantiated | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 12/5/2018 10:24:29 AM | | Updated | Consumer Blanton Banks Home Address reason changed from Donnelly Updated to Consumer bad address status changed from Unknown to Bad primary flag changed from Yes to No | Kevin Pabst | IC House Collector | 117052824-1 | |
| 12/5/2018 10:24:29 AM | | Added | Consumer Blanton Banks Home Address 10130 Quilt Tree St | Kevin Pabst | IC House Collector | 117052824-1 | |
| 12/5/2018 10:24:29 AM | | Added | Letter Request: 016 - Dispute validation | Kevin Pabst | IC House Collector | 117052824-1 | |
| 12/5/2018 10:24:29 AM | | Account Note | cm multi docs NA per 11/12/18 doc | Kevin Pabst | IC House Collector | 117052824-1 | |
| 12/5/2018 10:24:29 AM | No Phones | Written Correspondence from Client | No Phones Debt Numbers: 71078203 | Kevin Pabst | IC House Collector | 117052824-1 | 71078203 |
| 12/5/2018 10:24:29 AM | Dispute Substantiated | Written Correspondence from Client | Debt Numbers: 71078203 | Kevin Pabst | IC House Collector | 117052824-1 | 71078203 |
| 11/17/2018 6:15:10 AM | | Updated | CombineMessageStatusCode changed from P to S SentDate changed from nothing to Nov 17 2018 6:15AM | | IC House Collector | 117052824-1 | |

ICS 009

| Date/Time | Event | Action | Details | User | Collector | Account | Debt # |
|---|---|---|---|---|---|---|---|
| 11/12/2018 11:19:05 AM | | Viewed | | Katrina McFarlen | IC House Collector | 117052824-1 | |
| 11/12/2018 11:19:04 AM | | Updated | Last event changed from No Phones to Review CBR | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 11/12/2018 11:19:04 AM | | Added | Debt Combine Message AD71 | Katrina McFarlen | IC House Collector | 117052824-1 | |
| 11/12/2018 11:19:04 AM | | Account Note | dr disp cbr | Katrina McFarlen | IC House Collector | 117052824-1 | |
| 11/12/2018 11:19:04 AM | Review CBR | Written Correspondence from Consumer | DDC - Dispute-Credit Report Info Debt Numbers: 71078203 | Katrina McFarlen | IC House Collector | 117052824-1 | 71078203 |
| 11/12/2018 11:19:04 AM | Dispute-Credit Report Info | Written Correspondence from Consumer | Debt Numbers: 71078203 | Katrina McFarlen | IC House Collector | 117052824-1 | 71078203 |
| 8/6/2018 6:40:26 AM | | Updated | Last event changed from Verify / CBR Investigation complete to No Phones | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 8/6/2018 6:40:26 AM | | Updated | Last event changed from Verify / CBR Investigation complete to No Phones | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 8/6/2018 6:40:26 AM | Verify / CBR Investigation complete | ACDV | ACDV - EXP - 112- Inaccurate information / Verify response: 24 cc Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 8/6/2018 6:40:26 AM | No Phones | ACDV | No Phones Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 6/25/2018 11:23:01 AM | | Viewed | | Patricia Born | IC House Collector | 117052824-1 | |
| 6/25/2018 11:23:01 AM | Verify / CBR Investigation complete | ACDV | Debt Numbers: 71078203 | Patricia Born | IC House Collector | 117052824-1 | 71078203 |
| 6/25/2018 11:23:00 AM | | Updated | Last event changed from Retained Collections to Verify / CBR Investigation complete Disputed flag changed from No to Yes | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 6/25/2018 11:23:00 AM | | Account Note | acdv ntmn 71078203 / id exp cc | Patricia Born | IC House Collector | 117052824-1 | |
| 5/26/2018 12:00:00 AM | New Business | Batch Processing | Close Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 5/25/2018 11:59:59 PM | Start Phase | Batch Processing | Close Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 5/25/2018 11:59:59 PM | Retained Collections | Batch Processing | Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 5/25/2018 11:59:59 PM | Not-Qualified--Stop Phase | Batch Processing | Credit Monitor-Return Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 5/25/2018 9:12:56 PM | | Updated | Status changed from Active to Retained Last event changed from New Business to Retained Collections | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 5/25/2018 9:12:56 PM | | Updated | Last event changed from No Phones to New Business | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 5/25/2018 9:12:56 PM | | Updated | Working team changed from Retail Consumer Credit Watch to Retail Consumer House | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 5/25/2018 9:12:56 PM | | Updated | Collector assigned effective date changed from Nov 27 2017 5:59AM to May 26 2018 4:59AM | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 5/25/2018 9:12:56 PM | | Updated | Current linked debt phase state ID changed from 376074033 to 376074035 | WorkflowDataWriter | IC House Collector | 117052824-1 | |

ICS 010

| Date/Time | Event | Action | Description | User | Collector | ID 1 | ID 2 |
|---|---|---|---|---|---|---|---|
| 5/25/2018 9:12:56 PM | | Updated | Working team changed from Retail Consumer IC Seconds to Retail Consumer Credit Watch | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 5/25/2018 9:12:56 PM | | Updated | Current linked debt phase state ID changed from 342991211 to 376074033 | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 11/28/2017 12:05:25 AM | | Updated | Last event changed from New Business to No Phones | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 11/28/2017 12:05:22 AM | No Phones | Update Information | No Phones Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 11/28/2017 12:05:22 AM | Credit Monitor–Unable to Listing | Update Information | Experian Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 11/27/2017 12:00:00 AM | New Business | Batch Processing | Seconds Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 11/26/2017 11:59:59 PM | Vendor Data Apend Request | Batch Processing | Credit Monitor-Experian-CreditBatch-Placement Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 11/26/2017 11:59:59 PM | Start Phase | Batch Processing | Seconds Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 11/26/2017 11:59:59 PM | Credit Monitor-Add Monitoring | Batch Processing | Credit Monitor-Experian-CreditBatch-Placement Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 11/26/2017 9:33:54 PM | | Updated | Working team changed from Retail Consumer House to Retail Consumer IC Seconds | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 11/26/2017 9:33:54 PM | | Updated | Collector assigned effective date changed from Nov 25 2017 5:59AM to Nov 27 2017 5:59AM | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 11/26/2017 9:33:54 PM | | Updated | Current linked debt phase state ID changed from 342858530 to 342991211 | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 11/25/2017 12:00:00 AM | New Business | Batch Processing | 3rd Party - Retained Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 11/24/2017 11:59:59 PM | Start Phase | Batch Processing | 3rd Party - Retained Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 11/24/2017 11:59:59 PM | Not-Qualified–Stop Phase | Batch Processing | Pre-Litigation Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 11/24/2017 11:59:59 PM | Not-Qualified–Stop Phase | Batch Processing | Litigation Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 11/24/2017 10:31:35 PM | | Updated | Last event changed from Assign IC Attorney to New Business | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 11/24/2017 10:31:35 PM | | Updated | Working team changed from Corporate Litigation to Retail Consumer House | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 11/24/2017 10:31:35 PM | | Updated | Collector assigned effective date changed from nothing to Nov 25 2017 5:59AM | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 11/24/2017 10:31:35 PM | | Updated | Current linked debt phase state ID changed from 342858527 to 342858530 | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 11/24/2017 10:31:35 PM | | Updated | Working team changed from Corporate Pre Litigation to Corporate Litigation | WorkflowDataWriter | Eric Anderson | 117052824-1 | |

| Date/Time | | Action | Description | User | Collector | Account | Debt |
|---|---|---|---|---|---|---|---|
| 11/24/2017 10:31:35 PM | | Updated | Assigned collector changed from Eric Anderson to IC House Collector  Collector assigned effective date changed from Nov 25 2017 4:31AM to nothing | WorkflowDataWriter | Eric Anderson | 117052824-1 | |
| 11/24/2017 10:31:34 PM | | Updated | Current linked debt phase state ID changed from 342858496 to 342858527 | WorkflowDataWriter | Eric Anderson | 117052824-1 | |
| 11/24/2017 10:31:34 PM | | Updated | Working team changed from Corporate Attorney Referral to Corporate Pre Litigation | WorkflowDataWriter | Eric Anderson | 117052824-1 | |
| 11/24/2017 10:31:34 PM | | Updated | Assigned collector changed from IC House Collector to Eric Anderson  Collector assigned effective date changed from Aug 22 2017 4:59AM to Nov 25 2017 4:31AM | WorkflowDataWriter | Eric Anderson | 117052824-1 | |
| 11/24/2017 10:31:32 PM | | Updated | Current linked debt phase state ID changed from 327350953 to 342858496 | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 11/22/2017 11:59:59 PM | Recall From Attorney | Batch Processing | Recall From Attorney Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 8/22/2017 11:59:59 PM | Assign IC Attorney | Batch Processing | Attorney Assign Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 8/22/2017 6:35:09 AM | | Updated | Last event changed from New Business to Assign IC Attorney | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 8/22/2017 6:35:09 AM | | Updated | AssignStatusId changed from 1 to 2 | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 8/22/2017 6:35:09 AM | | Added | Linked Debt number 77220227 line item 3075378 | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 8/22/2017 12:00:00 AM | New Business | Batch Processing | Attorney Referral Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 8/21/2017 11:59:59 PM | Start Phase | Batch Processing | Attorney Referral Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 8/21/2017 9:48:13 PM | | Updated | Last event changed from No Phones to New Business | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 8/21/2017 9:48:13 PM | | Updated | Working team changed from Retail Consumer Mid Bal to Corporate Attorney Referral | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 8/21/2017 9:48:13 PM | | Updated | Collector assigned effective date changed from nothing to Aug 22 2017 4:59AM | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 8/21/2017 9:48:13 PM | | Updated | Current linked debt phase state ID changed from 299221771 to 327350953 | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 5/24/2017 5:47:44 PM | | Updated | Consumer Blanton Banks Home Address | batchuser | IC House Collector | 117052824-1 | |
| 5/24/2017 5:47:44 PM | Vendor Data Returned | File Processing | Donnelly Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 4/10/2017 10:22:00 PM | | Added | Letter Request: 540 - 4th letter in the intensive co | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 4/7/2017 4:48:26 AM | | Added | Consumer Blanton Banks Unknown Address ▇▇▇ Dudley St Apt ▇ | batchuser | IC House Collector | 117052824-1 | |
| 4/7/2017 4:48:26 AM | Vendor Data Returned | File Processing | Innovis Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |

| Date/Time | Action | Type | Description | User | Queue | Account | Debt |
|---|---|---|---|---|---|---|---|
| 4/6/2017 11:59:59 PM | Restart Service - Due to Skip | Batch Processing | Skip Trace Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 4/6/2017 12:01:46 AM | | Updated | Last event changed from New Business to No Phones | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 4/6/2017 12:01:44 AM | | Updated | Consumer Blanton Banks Mobile Phone [Unknown] (407)███-8175 status changed from Unknown to Invalid | batchuser | IC House Collector | 117052824-1 | |
| 4/5/2017 11:33:29 AM | Vendor Data Apend Request | Batch Processing | Skip Trace-Innovis-Address-Phone Append Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 4/5/2017 11:33:29 AM | No Phones | Telephoned - Consumer | No Phones Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 4/5/2017 11:33:29 AM | Invalid/Bad Phn# (Disc, Wrg, etc.) | Telephoned - Consumer | (407)███-8175 Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/30/2017 12:01:20 PM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/28/2017 11:45:50 AM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/27/2017 12:18:28 PM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/24/2017 5:19:01 PM | | Updated | ScoreDateTime changed from Mar 21 2017 6:24PM to Mar 24 2017 5:19PM | batchuser | IC House Collector | 117052824-1 | |
| 3/24/2017 10:00:53 AM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/23/2017 10:13:44 AM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/21/2017 6:24:37 PM | | Updated | ScoreValue changed from 2517 to 2506 ScoreDateTime changed from Mar 20 2017 5:24PM to Mar 21 2017 6:24PM | batchuser | IC House Collector | 117052824-1 | |
| 3/20/2017 5:24:28 PM | | Updated | ScoreValue changed from 2526 to 2517 ScoreDateTime changed from Mar 19 2017 6:00PM to Mar 20 2017 5:24PM | batchuser | IC House Collector | 117052824-1 | |
| 3/20/2017 2:09:31 PM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/19/2017 6:00:26 PM | | Updated | ScoreValue changed from 2550 to 2526 ScoreDateTime changed from Mar 17 2017 5:02PM to Mar 19 2017 6:00PM | batchuser | IC House Collector | 117052824-1 | |
| 3/17/2017 5:02:54 PM | | Updated | ScoreValue changed from 2482 to 2550 ScoreDateTime changed from Mar 16 2017 5:10PM to Mar 17 2017 5:02PM | batchuser | IC House Collector | 117052824-1 | |
| 3/17/2017 10:19:32 AM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/16/2017 5:10:46 PM | | Updated | ScoreValue changed from 2516 to 2482 ScoreDateTime changed from Mar 14 2017 5:29PM to Mar 16 2017 5:10PM | batchuser | IC House Collector | 117052824-1 | |
| 3/15/2017 10:11:35 AM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |

| Date/Time | Result | Action | Details | User | Source | ID 1 | ID 2 |
|---|---|---|---|---|---|---|---|
| 3/14/2017 5:29:13 PM | | Updated | ScoreValue changed from 2634 to 2516 ScoreDateTime changed from Mar 13 2017 6:06PM to Mar 14 2017 5:29PM | batchuser | IC House Collector | 117052824-1 | |
| 3/13/2017 6:06:37 PM | | Updated | ScoreValue changed from 2660 to 2634 ScoreDateTime changed from Mar 12 2017 6:45PM to Mar 13 2017 6:06PM | batchuser | IC House Collector | 117052824-1 | |
| 3/13/2017 12:34:44 PM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/12/2017 6:45:11 PM | | Updated | ScoreValue changed from 2631 to 2660 ScoreDateTime changed from Mar 10 2017 4:56PM to Mar 12 2017 6:45PM | batchuser | IC House Collector | 117052824-1 | |
| 3/11/2017 11:25:20 AM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/10/2017 4:56:37 PM | | Updated | ScoreValue changed from 2655 to 2631 ScoreDateTime changed from Mar 9 2017 5:16PM to Mar 10 2017 4:56PM | batchuser | IC House Collector | 117052824-1 | |
| 3/10/2017 10:06:18 AM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/9/2017 5:16:12 PM | | Updated | ScoreValue changed from 2582 to 2655 ScoreDateTime changed from Mar 8 2017 5:27PM to Mar 9 2017 5:16PM | batchuser | IC House Collector | 117052824-1 | |
| 3/9/2017 10:22:57 AM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/8/2017 5:27:44 PM | | Updated | ScoreValue changed from 2652 to 2582 ScoreDateTime changed from Mar 7 2017 5:12PM to Mar 8 2017 5:27PM | batchuser | IC House Collector | 117052824-1 | |
| 3/7/2017 5:12:09 PM | | Updated | ScoreValue changed from 2775 to 2652 ScoreDateTime changed from Mar 5 2017 6:53PM to Mar 7 2017 5:12PM | batchuser | IC House Collector | 117052824-1 | |
| 3/6/2017 2:18:05 PM | No Answer | Telephoned - Consumer | (407)███-8175 Agent Dialed Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/5/2017 6:53:00 PM | | Updated | ScoreValue changed from 2868 to 2775 ScoreDateTime changed from Mar 2 2017 5:13PM to Mar 5 2017 6:53PM | batchuser | IC House Collector | 117052824-1 | |
| 3/3/2017 10:09:56 AM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 3/2/2017 5:13:48 PM | | Updated | ScoreValue changed from 2847 to 2868 ScoreDateTime changed from Feb 27 2017 7:06PM to Mar 2 2017 5:13PM | batchuser | IC House Collector | 117052824-1 | |
| 3/2/2017 4:21:37 PM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |

| Date/Time | Action | Type | Details | User | Queue | Account | Debt # |
|---|---|---|---|---|---|---|---|
| 3/1/2017 5:42:05 PM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 2/27/2017 7:06:57 PM | | Updated | ScoreValue changed from 2859 to 2847 ScoreDateTime changed from Feb 23 2017 5:24PM to Feb 27 2017 7:06PM | batchuser | IC House Collector | 117052824-1 | |
| 2/25/2017 2:38:18 AM | | Added | Letter Request: 510 - Initial notice - first in the | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 2/24/2017 11:42:58 AM | Answer Machine | Telephoned - Consumer | (407)███-8175 Agent Dialed Call Time: 5s Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 2/23/2017 5:24:00 PM | | Updated | ScoreValue changed from 0 to 2859 OriginalScore changed from nothing to 2859 OriginalScoreDateTime changed from nothing to Feb 23 2017 5:24PM | batchuser | IC House Collector | 117052824-1 | |
| 2/23/2017 5:07:03 PM | Vendor Data Returned | File Processing | Donnelly Debt Numbers: 71078203 | | IC House Collector | 117052824-1 | 71078203 |
| 2/23/2017 5:07:03 PM | | Updated | Consumer Blanton Banks Home Address reason changed from Melissa Updated to Donnelly Updated source changed from Client to Donnelly method changed from Web to File | batchuser | IC House Collector | 117052824-1 | |
| 2/23/2017 4:44:38 PM | | Added | Linked Debt number 77220227 line item 43350898 | batchuser | IC House Collector | 117052824-1 | |
| 2/23/2017 1:17:13 AM | | Updated | Consumer Blanton Banks Home Phone [Unknown] (407)███-8175 type changed from Home to Mobile | batchuser | IC House Collector | 117052824-1 | |
| 2/22/2017 5:31:58 PM | | Updated | Owner team changed from Global Default to Retail Consumer Collections Working team changed from nothing to Retail Consumer Mid Bal | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 2/22/2017 5:31:58 PM | | Updated | Assigned collector changed from nothing to IC House Collector | WorkflowDataWriter | IC House Collector | 117052824-1 | |
| 2/22/2017 5:31:58 PM | | Added | Debt number 71078203 balance line item 303730346 | WorkflowDataWriter | | 117052824-1 | |
| 2/22/2017 5:31:58 PM | | Updated | Current linked debt phase state ID changed from nothing to 299221771 | WorkflowDataWriter | | 117052824-1 | |
| 2/22/2017 5:31:53 PM | New Business | Batch Processing | Intensive Collection Debt Numbers: 71078203 | | | 117052824-1 | 71078203 |
| 2/22/2017 5:31:52 PM | Vendor Data Apend Request | Batch Processing | Standardization-Donnelly Marketing-NCOA- Standardization Debt Numbers: 71078203 | | | 117052824-1 | 71078203 |
| 2/22/2017 5:31:52 PM | Vendor Data Apend Request | Batch Processing | Standardization-Banko - Lexis Nexis-BKY & DEC With 7 Yr Monitor Debt Numbers: 71078203 | | | 117052824-1 | 71078203 |
| 2/22/2017 5:31:52 PM | Vendor Data Apend Request | Batch Processing | Standardization-NLP- NLP-Scores-based BusinessUnit Debt Numbers: 71078203 | | | 117052824-1 | 71078203 |
| 2/22/2017 5:31:52 PM | Start Phase | Batch Processing | Intensive Collection Debt Numbers: 71078203 | | | 117052824-1 | 71078203 |
| 2/22/2017 5:31:52 PM | Restart Service - Due to Skip | Batch Processing | Skip Trace Debt Numbers: 71078203 | | | 117052824-1 | 71078203 |

| Date/Time | Action | Details | User | Reference |
|---|---|---|---|---|
| 2/22/2017 5:31:29 PM | Updated | Status changed from Batch Entered to Active | batchuser | 117052824-1 |
| 2/22/2017 5:00:08 PM | Added | Debt number 71078203 balance line item 303728898 | batchuser | 117052824-1 |
| 2/22/2017 5:00:08 PM | Added | Debt number 71078203 line item 22761675 | batchuser | 117052824-1 |
| 2/22/2017 5:00:08 PM | Added | Debt number 71078203 line item 82874230 | batchuser | 117052824-1 |
| 2/22/2017 5:00:08 PM | Added | Debt number 71078203 balance line item 303728897 | batchuser | 117052824-1 |
| 2/22/2017 5:00:08 PM | Added | Debt number 71078203 line item 1468077 | batchuser | 117052824-1 |
| 2/22/2017 5:00:08 PM | Added | Debt number 71078203 | batchuser | 117052824-1 |
| 2/22/2017 5:00:08 PM | Added | Linked Debt number 1 | batchuser | 117052824-1 |
| 2/22/2017 5:00:08 PM | Added | Consumer Blanton Banks Home Phone [Unknown] (407)███-8175 | batchuser | 117052824-1 |
| 2/22/2017 5:00:08 PM | Added | Consumer Blanton Banks Unknown Email blantonb22███ | batchuser | 117052824-1 |
| 2/22/2017 5:00:08 PM | Added | Consumer Blanton Banks Home Address ███ W Warm Springs Rd Apt ███ | batchuser | 117052824-1 |
| 2/22/2017 5:00:08 PM | Added | Consumer Blanton Banks Last Client Address Address███ Wintermere Pointe Drive | batchuser | 117052824-1 |
| 2/22/2017 5:00:08 PM | Added | Consumer Blanton Banks birthdate changed from nothing to 03/24/1990 | batchuser | 117052824-1 |