ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
NICHOLAS F. PSYK, ESQ.
Nevada Bar #15983
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
efile@alversontaylor.com
*Attorneys for Defendant I.C. System Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

BLANTON BANKS, II,

Plaintiff,

v.

TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC., FIRST PREMIER BANK, US AUTO CREDIT PURCHASE, I.Q. DATA INTERNATIONAL INC., AD ASTRA RECOVERY SERVICES INC., WELLS FARGO BANK, KAPS & CO USA LLC, TBOM/TOTAL CARD, I.C. SYSTEM INC., ASSET RECOVERY SOLUTIONS LLC, and AARGON AGENCY INC.,

Defendants.

Case No. 2:21-cv-01580-CDS-DJA

**STIPULATION AND ORDER FOR LEAVE TO CONDUCT SETTLEMENT CONFERENCE REMOTELY**

COMES NOW, Plaintiff Blanton Banks and Defendant I.C. System Inc. ("ICS") (collectively the "Parties"), by and through its counsel of record, and hereby submits this Stipulation and Order for Leave to Conduct Settlement Conference Remotely, and in support thereof, respectfully states as follows:

1. The Court set an in-person mandatory settlement conference between Blanton Banks and I.C. Systems, Inc. for Monday, March 13, 2023, at 10:00 a.m. (Pacific Time) in Courtroom 3A of the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard

South, Las Vegas, Nevada. (ECF No. 108). In an effort to save time and costs, Mr. Banks and ICS respectfully request that the settlement conference be held via video conference or other remote means.

2. Plaintiff Blanton Banks is located in Michigan. The corporate representative for ICS is located in Minnesota. Travel to Nevada for the settlement conference will generate substantial expense to both Mr. Banks and ICS. In an effort to keep expenses at a minimum, thus better facilitating the likelihood of settlement of this matter, the Parties respectfully request that the settlement conference be held via videoconference, or other remote means. The Parties respectfully believe that they can fulfill their duties and attend the settlement conference remotely.

3. Given the Parties' stipulation, no party will be prejudiced if the settlement conference is held remotely. The Parties assure this Court that they will meaningfully participate in the settlement conference and will not hamper the efficient running of the settlement conference.

WHEREFORE, Plaintiff Blanton Banks and Defendant ICS respectfully request this Honorable Court enter an order permitting the settlement conference be held via videoconferencing or other remote means. The Parties assure this Court that they will meaningfully participate in the settlement conference remotely and that such appearances will neither prejudice any party nor hamper the efficient running of the settlement conference.

Dated this 3rd day of March, 2023

ALVERSON TAYLOR & SANDERS

*/s/ Kurt Bonds*

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
NICHOLAS F. PSYK, ESQ
Nevada Bar No. 15983
6605 Grand Montecito Parkway
Las Vegas, Nevada 89149
702-384-7000
efile@alversontaylor.com
*Attorneys for Defendant I.C. System, Inc.*

Dated this 3rd day of March, 2023

PLAINTIFF BLANTON BANKS, II

*/s/ Blanton Banks*

BLANTON BANKS, II
3965 15th Street
Ecorse, MI 48229
510-951-9505
bbanks24@protonmail.com
*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2023, I filed **STIPULATION AND ORDER FOR LEAVE TO CONDUCT SETTLEMENT CONFERENCE REMOTELY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following parties and counsel:

Blanton Banks, II
bbanks24@protonmail.com
9599 W. Charleston Blvd., Unit 2151
Las Vegas, NV 98117
(510) 951-9505
***Pro Se Plaintiff***

Benjamin B. Gordon
bgordon@nblawnv.com
Jennifer L. Braster
jbraster@naylorandbrasterlaw.com
Naylor & Braster Attorneys at Law, PLLC
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*and*
Paige Christie
pchristie@jonesday.com
Jones Day
3161 Michelson Drive
Irvine, CA 92612
***Counsel for Experian Information Solutions, Inc.***

Mary E. Bacon
mbacon@spencerfane.com
Spencer Fane LLP
300 S Fourth Street, Suite 950
Las Vegas, NV 89101
***Counsel for Ad Astra Recovery Services Inc.***

Gia Marina
gmarina@clarkhill.com
Clark Hill
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
*and*
Jennifer Rebecca Bergh
jrbrooks@seyfarth.com
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, TX 77002-2812
***Counsel for Equifax Information Services LLC***

Kurt R. Bonds
Nicholas F. Psyk
efile@alversontaylor.com
Alverson Taylor & Sanders
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
and
Jibril Greene
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
***Counsel for Defendant Trans Union LLC***

*/s/ Antonia Di Dio*
An Employee of
ALVERSON TAYLOR & SANDERS

N:\CLIENTS\27900\27976\pleading\27976 - SAO Remote Appearance re Settlement Conf.doc

ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
NICHOLAS F. PSYK, ESQ.
Nevada Bar #15983
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
efile@alversontaylor.com
*Attorneys for Defendant I.C. System Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

BLANTON BANKS, II,

Plaintiff,

v.

TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC., FIRST PREMIER BANK, US AUTO CREDIT PURCHASE, I.Q. DATA INTERNATIONAL INC., AD ASTRA RECOVERY SERVICES INC., WELLS FARGO BANK, KAPS & CO USA LLC, TBOM/TOTAL CARD, I.C. SYSTEM INC., ASSET RECOVERY SOLUTIONS LLC, and AARGON AGENCY INC.,

Defendants.

Case No. 2:21-cv-01580-CDS-DJA

**ORDER GRANTING STIPULATION FOR LEAVE TO CONDUCT SETTLEMENT CONFERENCE REMOTELY**

Pursuant to the Stipulation between the Parties for Leave to Conduct the Settlement Conference Remotely, and for good cause,

///

///

///

///

///

///

**IT IS HEREBY ORDERED** that:

The settlement conference between Blanton Banks and I.C. Systems, Inc. scheduled for Monday, March 13, 2023, at 10:00 a.m. (Pacific Time) will be held via videoconferencing or other remote means.

DATED this 7th day of March, 2023.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**Antonia Di Dio**

**From:** bbanks24 <bbanks24@protonmail.com>
**Sent:** Friday, March 3, 2023 12:27 PM
**To:** Nicholas Psyk
**Subject:** RE: Banks v. TransUnion LLC, et al. (Case No. 2:21-cv-01580) (Our File No. 27976)

Mr. Psyk:

I am in receipt of your correspondence with the attached stipulation and proposed order for ICS and I to attend the March 13, 2023 at 10:00 AM settlement conference remotely.

Pursuant to the attached stipulation and proposed order that you have provided on behalf of your client ICS, we are in agreement that ICS and I will stipulate to the attending the March 13, 2023 settlement conference at 10:00AM between ICS and I remotely.

Regards,

Blanton Banks II,
Authorized Representative

On Fri, Mar 3, 2023 at 1:34 PM, Nicholas Psyk <NPsyk@AlversonTaylor.com> wrote:

Mr. Banks,

Please find attached a Stipulation and Order for Leave to Conduct the Settlement Conference Remotely. Please review the Stipulation, and if you approve, reply to this email that we have your permission to affix your e-signature to the Stipulation. Once we receive your approval, we will file the Stipulation with the Court.

Thanks,

**Nicholas Psyk, Esq.**
Alverson Taylor & Sanders
702.384.7000 alversontaylor.com

**From:** bbanks24 <bbanks24@protonmail.com>
**Sent:** Thursday, March 02, 2023 9:09 PM

**To:** Nicholas Psyk <NPsyk@AlversonTaylor.com>
**Subject:** Re: Banks v. TransUnion LLC, et al. (Case No. 2:21-cv-01580) (Our File No. 27976)

Mr. Psyk,

Hope this e-mail finds you well.

I am in receipt of your correspondence regarding your client I.C. System, Inc. ("ICS") and I attending remotely for the March 13, 2023 settlement conference at 10:00 AM before the Magistrate Judge Daniel J. Albregts.

I would be okay with stipulating to remote attendance to the above mentioned settlement conference by both ICS and I.

Regards,

Blanton Banks II,

Authorized Representative

On Tue, Feb 21, 2023 at 8:51 PM, Nicholas Psyk <NPsyk@AlversonTaylor.com> wrote:

> Hello Mr. Banks,
>
> As you know, the Court ordered yourself and our client, I.C. System Inc. to participate in a settlement conference on March 13, 2023 at 10:00 AM before Magistrate Judge Albregts. I wanted to reach out to see if you would be agreeable to requesting that the Court allow the parties to attend the settlement conference remotely. Like yourself, the representative that will be attending on behalf of ICS is not located in Nevada, so I believe it would be in everyone's best interest for us to stipulate that the settlement conference be held remotely to prevent unnecessary travel costs.

Let me know if you are agreeable to the above, and I will prepare a stipulation for your review and approval for submission to the Court.

Thanks,

**Nicholas Psyk, Esq.**




6605 Grand Montecito Pkwy., Suite 200, Las Vegas, NV 89149
702.384.7000 **Office** | 702.385.7000 **Fax**

**website** | **map** | **email**