**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

BLANTON BANKS, II,

        Plaintiff(s),

v.

TRANS UNION LLC, et al.,

        Defendant(s).

2:21-cv-01580-CDS-VCF

**ORDER**

Before the Court is plaintiff's motion requesting issuance and service of summons on the amended complaint to all defendants pursuant to FED.R.CIV.P.4(c)(3) (ECF NO. 114 ).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on plaintiff's motion requesting issuance and service of summons on the amended complaint to all defendants pursuant to FED.R.CIV.P.4(c)(3) (ECF NO. 114 ), is scheduled for 11:00 AM, April 26, 2023, in Courtroom 3D, located on the third floor of the U.S. District Court, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, NV 89101.

DATED this 5th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE