KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
efile@alversontaylor.com

JIBRIL GREENE (*Admitted Pro Hac Vice*)
Texas Bar No. 24093774
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5465
jgreene@qslwm.com

*Counsel for Defendant Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BLANTON BANKS, II, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC., FIRST PREMIER BANK, US AUTO CREDIT PURCHASE, I.Q. DATA INTERNATIONAL INC., AD ASTRA RECOVERY SERVICES INC., WELLS FARGO BANK, KAPS & CO USA LLC, TBOM/TOTAL CARD, I.C. SYSTEM INC., ASSET RECOVERY SOLUTIONS LLC, and AARGON AGENCY INC., <br><br> Defendants. | Case No. 2:21-cv-01580-CDS-VCF <br><br> **DEFENDANT TRANS UNION LLC'S MOTION FOR LEAVE TO APPEAR REMOTELY AT HEARING** |

///

///

1

KRB/27854

///

COMES NOW, Defendant Trans Union LLC ("Trans Union"), by and through its counsel of record, and hereby submits this Motion for Leave to Appear Remotely at the Hearing ("the Hearing"), and in support thereof, respectfully states as follows:

1. On January 19, 2023, Plaintiff filed a Motion requesting issuance and service of summons on the amended complaint to all defendants pursuant to FED. R. CIV. P. 4(c)(3) (Dkt. No. 114 ).

2. The Court set an in-person Hearing regarding Plaintiff's Motion for Wednesday, April 26, 2023, at 11:00 a.m. (Pacific Time) in LV Courtroom 6B. (Dkt. No. 134). In an effort to save time and costs, and out of an abundance of caution, Trans Union respectfully requests it be permitted to appear at the Hearing via video conference or telephone.

3. Trans Union's counsel, Jibril Greene, is located in Plano, Texas. Travel to Nevada for the Hearing will generate substantial fees and costs. In an attempt to keep attorneys' fees at a minimum, Trans Union respectfully requests that its counsel be permitted to appear remotely via videoconference or telephone at the Hearing. Trans Union respectfully believes that it can fulfill its duties and attend the Hearing via videoconference or telephone.

4. No party will not be prejudiced if counsel for Trans Union is permitted to appear remotely at the Hearing. Moreover, the Court recently issued an Order granting Plaintiff Blanton Banks leave to appear remotely at the Hearing. Trans Union assures this Court that its counsel will meaningfully participate in the Hearing and will not hamper the efficient running of the Hearing.

WHEREFORE, Defendant respectfully requests this Honorable Court enter an order granting Defendant Trans Union LLC permission to appear via videoconference or telephonically at the Hearing.

2

KRB/27854

Dated this 25th day of April 2023.

ALVERSON TAYLOR & SANDERS

*[signature]*

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
efile@alversontaylor.com

JIBRIL GREENE (*Admitted Pro Hac Vice*)
Texas Bar No. 24093774
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.6900 N. Dallas
Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5465
jgreene@qslwm.com

***Counsel for Defendant Trans Union LLC***

///

///

///

///

///

///

///

///

///

3

KRB/27854

# CERTIFICATE OF SERVICE

I hereby certify that on this the 25th of April 2023, I filed **DEFENDANT TRANS UNION LLC'S MOTION FOR LEAVE TO APPEAR REMOTELY AT THE HEARING** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

| | |
|---|---|
| Benjamin B. Gordon<br>bgordon@nblawnv.com<br>Jennifer L. Braster<br>jbraster@naylorandbrasterlaw.com<br>Naylor & Braster Attorneys at Law, PLLC<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>   and<br>Paige Christie<br>pchristie@jonesday.com<br>Jones Day<br>3161 Michelson Drive<br>Irvine, CA 92612<br>***Counsel for Experian Information Solutions, Inc.*** | Gia Marina<br>gmarina@clarkhill.com<br>Clark Hill<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169<br>   and<br>Jennifer Rebecca Bergh<br>jrbrooks@seyfarth.com<br>Seyfarth Shaw LLP<br>700 Milam Street, Suite 1400<br>Houston, TX 77002-2812<br>***Counsel for Equifax Information Services LLC*** |
| Mary E. Bacon<br>mbacon@spencerfane.com<br>Spencer Fane LLP<br>300 S Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>***Counsel for Ad Astra Recovery Services Inc.*** | Kurt R. Bonds<br>Nicholas F. Psyk<br>efile@alversontaylor.com<br>Alverson Taylor & Sanders<br>6605 Grand Montecito Parkway, Suite 200 Las Vegas, Nevada 89149<br>***Counsel for Defendant I.C. System, Inc.*** |

I hereby certify that I have sent the above and foregoing document to the following non-CM/ECF participants via Regular Mail:

Blanton Banks, II
bbanks24@protonmail.com
9599 W. Charleston Blvd., Unit 2151
Las Vegas, NV 98117
(510) 951-9505
***Pro Se Plaintiff***

*/s/ Antonia DiDio*
_____
AN EMPLOYEE of ALVERSON TAYLOR & SANDERS

N:\CLIENTS\27800\27854\pleading\motion to appear remotely.docx

4

KRB/27854

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
efile@alversontaylor.com

JIBRIL GREENE (*Admitted Pro Hac Vice*)
Texas Bar No. 24093774
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5465
jgreene@qslwm.com

*Counsel for Defendant Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BLANTON BANKS, II, | Case No. 2:21-cv-01580-CDS-VCF |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT TRANS UNION LLC MOTION FOR LEAVE TO APPER REMOTELY AT HEARING** |
| TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC., FIRST PREMIER BANK, US AUTO CREDIT PURCHASE, I.Q. DATA INTERNATIONAL INC., AD ASTRA RECOVERY SERVICES INC., WELLS FARGO BANK, KAPS & CO USA LLC, TBOM/TOTAL CARD, I.C. SYSTEM INC., ASSET RECOVERY SOLUTIONS LLC, and AARGON AGENCY INC., | |
| Defendants. | |

Pursuant to Defendant Trans Unions LLC Motion for Leave to Appear Remotely at the Hearing, and for good cause,

1

KRB/27854

**IT IS HEREBY ORDERED** that:

Counsel for Trans Union LLC is granted leave to appear by telephone at the Hearing set for April 26, 2023, at 11:00 a.m. (PT) in the above-captioned civil action.

IT IS FURTHER ORDERED that Trans Union LLC must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the hearing.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING
Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  4-25-2023 _____

2

KRB/27854