**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
NICHOLAS F. PSYK, ESQ.
Nevada Bar #15983
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant*
*I.C. System, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Blanton Banks, II, <br><br> Plaintiff, <br><br> v. <br><br> Trans Union, LLC, et al, <br><br> Defendant. | Case No.: 2:21-cv-01580-CDS-VCF <br><br> **DEFENDANT I.C. SYSTEM INC.'S MOTION FOR LEAVE TO APPEAR REMOTELY AT HEARING** |

COMES NOW, Defendant I.C. System Inc. ("ICS"), by and through its counsel of record, and hereby submits this Motion for Leave to Appear Remotely at the Hearing ("the Hearing"), and in support thereof, respectfully states as follows:

1. On January 19, 2023, Plaintiff filed a Motion requesting issuance and service of summons on the amended complaint to all defendants pursuant to F ED. R. C IV. P. 4(c)(3) (Dkt. No. 114 ).

2. The Court set an in-person Hearing regarding Plaintiff's Motion for Wednesday, April 26, 2023, at 11:00 a.m. (Pacific Time) in LV Courtroom 6B. (Dkt. No. 134). In an effort to save time and costs, and out of an abundance of caution, ICS respectfully requests it be permitted to appear at the Hearing via video conference or telephone.

3. In an attempt to keep attorneys' fees at a minimum, ICS respectfully requests that its

counsel be permitted to appear remotely via videoconference or telephone at the Hearing. ICS respectfully believes that it can fulfill its duties and attend the Hearing via videoconference or telephone.

4. No party will be prejudiced if counsel for ICS is permitted to appear remotely at the Hearing. Moreover, the Court recently issued an Order granting Plaintiff Blanton Banks leave to appear remotely at the Hearing. ICS assures this Court that its counsel will meaningfully participate in the Hearing and will not hamper the efficient running of the Hearing.

WHEREFORE, Defendant respectfully requests this Honorable Court enter an order granting Defendant ICS permission to appear via videoconference or telephonically at the Hearing.

DATED this 25th day of April, 2023.

ALVERSON TAYLOR & SANDERS

 /s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar #6228
NICHOLAS F. PSYK, ESQ.
Nevada Bar #15983
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
*Attorneys for Defendant*
*I.C. System, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2023, I filed **DEFENDANT I.C. SYSTEM INC.'S MOTION FOR LEAVE TO APPEAR REMOTELY AT HEARING** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following parties and counsel:

Blanton Banks, II
bbanks24@protonmail.com
9599 W. Charleston Blvd., Unit 2151
Las Vegas, NV 98117
(510) 951-9505
*Pro Se Plaintiff*

Benjamin B. Gordon
bgordon@nblawnv.com
Jennifer L. Braster
jbraster@naylorandbrasterlaw.com
Naylor & Braster Attorneys at Law, PLLC
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
  and
Paige Christie
pchristie@jonesday.com
Jones Day
3161 Michelson Drive
Irvine, CA 92612
*Counsel for Experian*
*Information Solutions, Inc.*

Mary E. Bacon
mbacon@spencerfane.com
Spencer Fane LLP
300 S Fourth Street, Suite 950
Las Vegas, NV 89101
*Counsel for Ad Astra*
*Recovery Services Inc.*

Gia Marina
gmarina@clarkhill.com
Clark Hill
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
  and
Jennifer Rebecca Bergh
jrbrooks@seyfarth.com
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, TX 77002-2812
*Counsel for Equifax*
*Information Services LLC*

Kurt R. Bonds
Nicholas F. Psyk
efile@alversontaylor.com
Alverson Taylor & Sanders
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
  and
Jibril Greene
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
*Counsel for Defendant Trans Union LLC*


*/s/ Antonia Di Dio*
_____
An Employee of
ALVERSON TAYLOR & SANDERS

N:\CLIENTS\27900\27976\pleading\27976 - ICS Mtn Leave to Appear Remotely (4.25.23).docx

**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
NICHOLAS F. PSYK, ESQ.
Nevada Bar #15983
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant*
*I.C. System, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Blanton Banks, II,<br><br>                    Plaintiff,<br><br>v.<br><br>Trans Union, LLC, et al,<br><br>                    Defendant. | Case No.: 2:21-cv-01580-CDS-VCF<br><br>**ORDER GRANTING DEFENDANT I.C. SYSTEM INC.'S MOTION FOR LEAVE TO APPEAR REMOTELY AT HEARING** |

Pursuant to Defendant I.C. System Inc.'s Motion for Leave to Appear Remotely at the Hearing, and for good cause, **IT IS HEREBY ORDERED** that:

Counsel for I.C. System Inc. is granted leave to appear by telephone at the Hearing set for April 26, 2023, at 11:00 a.m. (PT) in the above-captioned civil action.

IT IS FURTHER ORDERED that Defendant I.C. System Inc. must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the hearing.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:
INSTRUCTIONS FOR VIDEO CONFERENCE HEARING
Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED 4-25-2023 _____

1