Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq.  (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
T: (702) 363-2535 / Fax (702) 363-2534

Jibril Greene, Esq. (*Admitted Pro Hac Vice*)
jgreene@qslwm.com
Texas Bar No. 24093774
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
T: (214) 560-5465 / F: (214) 871-2111
Attorneys for Defendant, Trans Union LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BLANTON BANKS, II,<br><br>               Plaintiff<br><br>v.<br><br>TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC., FIRST PREMIER BANK, US AUTO CREDIT PURCHASE, I.Q. DATA INTERNATIONAL INC., AD ASTRA RECOVERY SERVICES INC., WELLS FARGO BANK, KAPS & CO USA LLC, TBOM/TOTAL CARD, I.C. SYSTEM INC., ASSET RECOVERY SOLUTIONS LLC, and AARGON AGENCY INC.,<br><br>               Defendants | Case No. 2:21-cv-01580-CDS-VCF<br><br>**ORDER APPROVING DEFENDANT TRANS UNION LLC'S STIPULATION FOR SUBSTITUTION OF COUNSEL**<br><br>[ECF No. 160] |

///

6448029.1

1

**DEFENDANT TRANS UNION LLC'S STIPULATION
FOR SUBSTITUTION OF COUNSEL**

COMES NOW, Defendant Trans Union LLC ("Trans Union"), and hereby requests an order permitting Sarai L. Thornton, Esq. of the law firm Skane Mills LLP to be substituted as counsel in the place of Kurt R. Bonds, Esq.  By signature below, Trans Union agrees to the substitution of Sarai L. Thornton, Esq. as counsel for Trans Union.

All filings, correspondence, and notices should be sent to the attention of Trans Union's counsel, whose contact information is as follows:

>Sarai L. Thornton, Esq.
>Skane Mills LLP
>1120 Town Center Drive, Suite 200
>Las Vegas, Nevada 89144
>(702) 363-2535
>(702) 363-2534 Fax
>sthornton@skanemills.com

>Jibril Greene, Esq. (*Admitted Pro Hac Vice*)
>Texas Bar No. 24093774
>Quilling, Selander, Lownds, Winslett & Moser, P.C.
>6900 N. Dallas Parkway, Suite 800
>Plano, Texas 75024
>(214) 560-5465
>(214) 871-2111 Fax
>jgreene@qslwm.com

The currently known address and contact information of Defendant is as follows:

>Trans Union, LLC
>555 West Adams Street
>Chicago, Illinois 60661
>(312) 466-7356

The basis for this Stipulation is that Trans Union's current counsel is leaving Alverson, Taylor & Sanders and Trans Union wishes to retain different counsel.  There will be no delay or prejudice suffered by any party as a result of this substitution.

///

///

2

6448029.1

WHEREFORE, Defendant Trans Union LLC respectfully requests that this Honorable Court grant the substitution of attorney Sarai L. Thornton, Esq. of the law firm Skane Mills LLP.

| SKANE MILLS LLP | ALVERSON TAYLOR & SANDERS |
|---|---|
| */s/ Sarai L. Thornton* | */s/ Kurt R. Bonds* |
| Sarai L. Thornton, Esq. (Bar No. 11067)<br>sthornton@skanemills.com<br>1120 Town Center Drive, Suite 200<br>Las Vegas, Nevada 89144<br>T: (702) 363-2535 | Kurt R. Bonds, Esq. (Bar No. 6228)<br>efile@alversontaylor.com<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, Nevada 89149<br>T: (702) 384-7000<br>Attorneys for, Trans Union LLC |

Jibril Greene, Esq. (*Admitted Pro Hac Vice*)
Texas Bar No. 24093774
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
T: (214) 560-5465 / F: (214) 871-2111
Attorneys for, Trans Union LLC

TRANS UNION LLC

*/s/ Laura K. Rang*
LAURA K. RANG
Senior Counsel for Trans Union LLC

**IT IS SO ORDERED.**

**HONORABLE CRISTINA D. SILVA**
UNITED STATE DISTRICT JUDGE

Dated: August 15, 2023

6448029.1

3