AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Blanton Banks, II,

        Plaintiff,

v.

Trans Union LLC et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01580-CDS-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendant, I.C. System Inc, and against Plaintiff, Blanton Banks, II as to ECF. 119 Motion for Summary Judgment.

02/02/2024
Date

DEBRA K. KEMPI
Clerk

/s/ R. Gador
Deputy Clerk