UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

BLANTON BANKS, II,

Plaintiff,

v.

TRANS UNION, LLC, et al.;

Defendants.

Case No.: 2:21-cv-01580-CDS-EJY

**ORDER**

Pending before the Court is Defendant Tran Union LLC's Motion to Unseal Exhibits 1 through 10 of Plaintiff's First Amended Complaint. ECF No. 201. The Motion seeks to unseal Exhibits 1 through 10 or, as stated alternatively in the Motion, Exhibits 1 through 9 attached to Plaintiff's First Amended Complaint ("FAC"). ECF No. 102. A review of all Exhibits attached to Plaintiff's FAC shows only Exhibits 1 and 2 are sealed. All other Exhibits have been available on the docket since the FAC was filed. Nonetheless, the Court reviewed the Exhibits attached to the FAC and finds all contain personal identifying information that is properly sealed. Plaintiff is advised that even if documents are filed under seal, they must be served on Defendants by mail or email absent demonstration of good cause to the contrary. LR IA 10-5(c)(i), (ii).

Accordingly, IT IS HEREBY ORDERED that Trans Union LLC's Motion to Unseal Exhibits 1 through 10 of Plaintiff's First Amended Complaint (ECF No. 201) is DENIED.

IT IS FURTHER ORDERED that Exhibits 1 through 13 attached to ECF No. 102 **must** be immediately sealed by the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk of Court **must** email a copy of Exhibits 1 through 13 to counsel for Defendants Trans Union LLC and I.Q. Data International Inc. **only**. All other Defendants have been dismissed.

Dated this 22nd day of April, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1