UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BLANTON BANKS, II,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.;<br><br>Defendants. | Case No.: 2:21-cv-01580-CDS-EJY<br><br>ORDER |

Pending before the Court is Plaintiff's Motion to Alter, Amend or Correct Order. ECF No. 209. The Motion seeks to correct the docket to reflect that Defendant Aargon Agency Inc. ("AAI") is an active party in this case. A review of the docket reveals that a Motion for Default was submitted on August 24, 2023 against AAI and other defendants. ECF No. 170. AAI entered appearance and responded to the request for default on August 31, 2023. ECF Nos. 174, 175. On February 1, 2024, the Court denied the Motion for Default as to AAI. ECF No. 194.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Alter, Amend or Correct Order (ECF No. 209) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court **must** email a copy of Exhibits 1 through 13 attached to ECF No. 102 to counsel for Defendant Aargon Agency Inc. as this entity remains a party in this action.

IT IS FURTHER ORDERED that the Clerk of Court **must** correct the docket to reflect that Defendant Aargon Agency Inc. is not a terminated party in this case.

Dated this 26th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE