Blanton Banks II
3965 15th Street
Ecorse, Michigan, 48229
(510) 951-9505
bbanks24@protonmail.com



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Blanton Banks, II,

    Plaintiff,

v.

TRANS UNION LLC, et al.,

    Defendants,

_____

Case # 2:21-cv-01580-CDS-EJY

Hon. Cristina D. Silva

**PLAINTIFF'S NOTICE OF APPEAL**

//
//
//
//
//
//
//
//

//

COMES NOW, Plaintiff Blanton Banks, II, In Propia Persona and hereby respectfully submits his PLAINTIFF'S NOTICE OF APPEAL in this above case.

This Notice of Appeal is made and based upon all of the papers, pleadings and exhibits in this particular case above in light of this Court abusing its discretion on questions of law, making rulings on facts that should be determined by a jury and judicial misconduct. The plaintiff files this Notice of Appeal as granted by the <u>Federal Rules of Appellate Procedure</u>.

DATED this 10th day of December, 2024.

By: */s/ Blanton Banks II*
Blanton Banks II
3965 15th Street
Ecorse, Michigan, 48229
bbanks24@protonmail.com
Telephone: (510) 951-9505
In Propia Persona
*Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Blanton Banks II, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that on this 10th day of December, 2024, that I filed the foregoing document electronically with the Clerk of the Court to all counsel on record in this case using the CM/ECF system.

DATED this 10th day of December 2024.

    Respectfully Submitted By:  */s/ Blanton Banks II*