# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Blanton Banks, II, | Case No. 2:21-cv-01580-CDS-EJY |
| Plaintiff | **Order Closing Case** |
| v. | |
| Trans Union LLC, et al., | |
| Defendants | |

This matter is currently on appeal with the United States Court of Appeals for the Ninth Circuit. ECF No. 235. However, because all of the underlying claims have been dismissed, the Clerk of Court is instructed to close this case.[1]

Dated: January 16, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] An order administratively closing a case is a docket management tool that has no jurisdictional effect. *Dees v. Billy*, 394 F.3d 1290, 1294 (9th Cir. 2005); *See also Penn West Assocs., Inc. v. Cohen*, 371 F.3d 118, 128 (3d Cir. 2004) ("an order merely directing that a case be marked closed constitutes an administrative closing that has no legal consequence other than to remove that case from the district court's active docket").